BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5045
   Facsimile: (408) 535-5066
   Jeff.Nedrow@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 16-00211 LHK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF ATTORNEY APPEARANCE |
| | ) | |
| | ) | |
| VILASINI GANESH. et al, | ) | |
| | ) | |
| Defendant. | ) | |

   Please take notice that as of June 9, 2016, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be co-counsel for the government.

                        Jeffrey D. Nedrow
                        150 Almaden Blvd., Suite 900
                        San Jose, CA 95113
                        Telephone: (408) 535-5045
                        Jeff.Nedrow@usdoj.gov

DATED: June 9, 2016                        Respectfully submitted,

                                                  BRIAN J. STRETCH
                                                  United States Attorney

                                                  _____/s/_____
                                                  JEFFREY D. NEDROW
                                                  Assistant United States Attorney