UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL MINUTES

## UNITED STATES OF AMERICA v. VILASINI GANESH, ET AL.
5:16-CR-00211-LHK

**Court Proceedings:** Status Conference, Wednesday, June 29, 2016
**Location/Time in Court**: Courtroom 5, 10:16-10:25 a.m. (9 minutes)

**Courtroom Deputy:** Stacy Sakamoto
**Court Reporter:** Summer Fisher
**Interpreter:** None requested

**Representing Plaintiff:** Attorney Jeff Nedrow for the United States of America
**Representing Defendants:**
Attorney Oksana Tsykova for Vilasini Ganesh (1)
Attorney Naomi Chung for Gregory Belcher (2)

Defendants were present and out of custody. The parties provided the Court with a case update.

In open Court, the judge **SIGNED** the parties' protective order (ECF No. 20).

The Court **GRANTED** the parties' motion for a continuance. Per 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from June 29, 2016 through and including September 14, 2016. The reason for the finding was that failure to grant the continuance would deny the Defendants reasonable time for effective preparation, taking into account the exercise of due diligence, per 18 U.S.C. §3161(h)(7)(B)(iv).

The parties shall return on **Wednesday, September 14, 2016 at 9:45 a.m.** for a further status conference.

Court adjourned.