NAOMI CHUNG, CSBN 283743
PIER 9, SUITE 100
THE EMBARCADERO
SAN FRANCISCO, CA 94111
415-746-9080 – Telephone
415-484-7054 – Facsimile
naomichung@defenseaid.com

Attorney for Defendant Gregory Belcher

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>            Plaintiff,<br><br>       vs.<br><br>VILASINI GANESH, AND<br>GREGORY BELCHER,<br><br>            Defendants. | Case No.: CR16-0211-LHK (HRL)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE TRIAL SETTING**<br><br>Court:  Honorable Judge Lucy H. Koh |

   IT IS HEREBY STIPULATED AND AGREED between the government, through Assistant United States Attorney Jeff Nedrow, and Defendants Vilasini Ganesh, and Gregory Belcher, through their undersigned counsel, that trial setting presently set for January 11, 2017 at 9:45 a.m., be continued to January 18, 2017 at 9:45 a.m.  The reason for the stipulated request for continuance is Naomi Chung, counsel for Mr. Belcher, is scheduled to be in a three-day preliminary hearing for a homicide case in Martinez, California starting on January 10, 2017.  (*People v. Montino Lewis*, No. CR 4-185421-5).  For the foregoing reason, the parties stipulate that trial setting be continued to January 18, 2017 at 9:45 a.m.  Counsel agree that time should be excluded under the Speedy Trial Act for defense preparation and continuity of counsel, from the date of the Court's order to the new

1  trial setting date of January 18, 2017.  The parties agree that the ends of justice outweigh the interest
2  of the defendants and the public in a speedy trial.

Respectfully submitted:

Dated: October 25, 2016

    */s/*
NAOMI CHUNG
Counsel for Defendant Gregory Belcher

Dated: October 28, 2016

    */s/*
DANIEL HOROWITZ
Counsel for Defendant Vilasini Ganesh

Dated: October 26, 2016

    */s/*
JEFF NEDROW
Assistant United States Attorney
Counsel for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VILASINI GANESH, AND GREGORY BELCHER,<br><br>　　　　　Defendants. | Case No.: CR16-0211-LHK (HRL)<br><br>[~~PROPOSED~~] ORDER TO CONTINUE TRIAL SETTING |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that trial setting currently set for January 11, 2017 at 9:45 a.m. be continued to January 18, 2017 at 9:45 a.m.  With the consent of the defendants, the period from the date of this Order to January 18, 2017 is excluded from the Speedy Trial Act calculations for defense preparation and continuity of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: 10/30/2016

_/s/ Lucy H. Koh_
HONORABLE LUCY H. KOH
United States District Judge