DANIEL A. HOROWITZ Bar No. 92400
Attorney at Law
P.O. Box 1547
Lafayette, California 94549
(925) 283-1863

Attorney for Vilasni Ganesh

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VILASNI GANESH et al.,

        Defendants.
_____/

Case No. **CR 16-00211 LHK**

## NOTICE OF DEFENSE
## RULE 12.2

    Pursuant to Federal Rule of Criminal Procedure 12.2 defendant Vilasni Ganesh, hereby gives notice that she intends to present a mental state defense at trial with expert witness testimony.  As set forth in FRCP 12.2 (b), the defense shall include expert testimony and other evidence  relating to a mental disease or defect and other mental condition of the defendant

**CR 16-00211 LHK**
**NOTICE OF DEFENSE RULE 12.2**                                   1

bearing on:

    (1) the issue of guilt and if there is a conviction, on

    (2) the issue of punishment

Dated: February 23, 2017

                                     /s/
                                Daniel Horowitz
                            Attorney for Vilasni Ganesh