BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

PATRICK DELAHUNTY (CABN 257439)
Assistant United States Attorney

   150 South Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5539
   Facsimile: (408) 535-5066
   Patrick.Delahunty@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 16-00211 LHK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF ATTORNEY APPEARANCE |
| | ) | |
| | ) | |
| VILASINI GANESH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Please take notice that as of February 24, 2017, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be co-counsel for the government.

      Patrick Delahunty
      150 Almaden Blvd., Suite 900
      San Jose, CA  95113
      Telephone: (408) 535-5539
      Patrick.Delahunty@usdoj.gov

DATED: February 24, 2017                    Respectfully submitted,

                                                            BRIAN J. STRETCH
                                                            United States Attorney

                                                   _____/s/_____
                                                            PATRICK DELAHUNTY
                                                            Assistant United States Attorney