BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
PATRICK R. DELAHUNTY (CABN 257439)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5045
FAX: (408) 535-5066
Email: Jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 16-00211-LHK |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER REGARDING A HEARING TO DETERMINE WHETHER DR. GANESH IS COMPETENT TO STAND TRIAL |
| v. | ) | |
| VILASINI GANESH, | ) | |
| Defendant. | ) | |

The United States has filed a motion with the Court pursuant to Title 18, United States Code, Sections 4241(a) for a hearing to determine whether the defendant, Dr. Vilasini Ganesh, is competent to stand trial. Dr. Ganesh has filed a notice of insanity defense pursuant to Federal Rule of Criminal Procedure 12.2(a), thereby placing the United States and the Court on notice that the defendant may rely on the defense of insanity at the time of the alleged offense and may introduce expert testimony relating to a mental disease or defect or some other mental condition of the defendant bearing upon the issue of the defendant's guilt. Furthermore, the Court has reviewed a report drafted by Dr. Anna Glezer and filed under seal that includes her conclusions regarding Dr. Ganesh's mental health. As a result of the

defendant's pre-trial filing regarding a potential insanity defense and the conclusions reached by Dr. Glezer, the Court finds a hearing regarding the competency of Dr. Ganesh is appropriate because reasonable cause exists to believe that the Dr. Ganesh may presently be suffering from a mental disease or defect rendering her mentally incompetent to stand trial.

Accordingly, upon motion of the government, and reasonable cause appearing, IT IS HEREBY ORDERED that a hearing to determine the competency of Dr. Ganesh shall occur at time and date to be determined by the Court, upon consultation with the parties, at the status conference on June 28, 2017.

IT IS SO ORDERED.

_____6/26/17_____                              _____*Lucy H. Koh*_____
Dated                                                                      HON. LUCY H. KOH
                                                                                  United States District Judge