DANIEL A. HOROWITZ Bar No. 92400
Attorney at Law
P.O. Box 1547
Lafayette, California 94549
(925) 283-1863

Attorney for Vilasni Ganesh

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VILASNI GANESH et al.,

        Defendants.

Case No. **CR 16-00211 LHK**

**ORDER** (Proposed)

**GRANTING REQUEST TO FILE REPORT OF DR. LEVINSON UNDER SEAL**

Based upon the Declaration of Daniel Horowitz and the Court's independent determination that the public release of the Levinson report would impact both HIPAA regulations and the health, welfare and safety of Vilasni Ganesh and others,

IT IS ORDERED that the report of Dr. Levinson shall be filed under seal. The Court has determined that the entirety of the document shall be sealed.

Dated: 8/9/2017

*Lucy H. Koh*
Honorable Lucy H. Koh
Judge of the United States District Court