DANIEL A. HOROWITZ Bar No. 92400
Attorney at Law
P.O. Box 1547
Lafayette, California 94549
(925) 283-1863

Attorney for Vilasni Ganesh

# *UNITED STATES DISTRICT COURT*
# *NORTHERN DISTRICT OF CALIFORNIA*
# *SAN JOSE DIVISION*

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VILASNI GANESH et al.,

        Defendants.
_____/

Case No. **CR 16-00211 LHK**

**DEFENSE PROPOSED VOIR DIRE**

**DEFENSE PROPOSED VOIR DIRE**
**CR 16-00211 LHK**

1. Do you or does anyone close to you have experience in law enforcement? If so, please describe.

2. Do you or does anyone close to you have experience in medical billing ? If so, please describe.

3. Have you previously been on a jury that deliberated ? If yes:

A. Did you or anyone on the panel have trouble following the Court's instructions?

B. Were you able to fully express your opinions ?

4. The defendants in this case are African American and Indian American. Do you have any thoughts or feelings about their backgrounds that might cause you to view the evidence in favor of one side or the other. I appreciate people's honesty answering this question and if you are more comfortable about speaking in private, please say so.

//s//_____
Daniel Horowitz
Attorney for Vilasni Ganesh

**DEFENSE PROPOSED VOIR DIRE**
**CR 16-00211 LHK**                           1