NAOMI CHUNG (CSBN 283743)
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 746-9080
Fax: (415) 484-7054
naomichung@defenseaid.com

BRENDAN HICKEY (CSBN 261794)
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 494-8444
Fax: 415-735-3544
brendan@defender-services.com

Attorneys for Defendant
GREGORY BELCHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR16-0211-LHK |
| Plaintiff, | **DEFENDANT GREGORY BELCHER'S WITNESS LIST** |
| v. | |
| GREGORY BELCHER, | Pretrial Conference: October 4, 2017 |
| Defendant. | Time: 11:00 a.m.<br>Judge: Hon. Lucy H. Koh |

Defendant Gregory Belcher, through undersigned counsel, provides notice of the witnesses he may call in his case-in chief at trial. Dr. Belcher may not call all of the witnesses on this list and reserves the right to supplement this list as trial preparations continue. Dr. Belcher also reserves the right to call any of the witnesses on the government and Defendant Vilasni Ganesh's witness list.

//

1

**Gregory Belcher's Witness List**

1. Gregory Belcher
2. Michael Arrigo
3. Stacy A. Kinsel
4. Wayne Freidling
5. Dennis Brown
6. Ernie Thomas, M.D.
7. Jeffrey Duckham, M.D.
8. Ed Damrose, M.D.
9. Roddy Miller
10. Lisa Kumagai
11. Ross Campbell
12. Sanaz Hariri, M.D.
13. Robert Aptekar, M.D.
14. Michael Butcher, M.D.
15. Donsia Strong
16. Dave Dolan
17. Donald Head
18. Shubanghi Dharwadkar
19. Naresh Aurora
20. Julie North
21. Kristi Burns
22. Julie Pap

23. Stacey L. Wagley
24. Robin Brooks
25. Janine Carey
26. Heather King
27. Kimoia C. Plair
28. Elizabeth Brunsell
29. Kevin Hardin
30. Ross E. Campbell
31. Manju Puri
**32.** Les Reinhardt
33. Archie Moore
34. Dennis Grason
35. Lourdes Contreras
36. Loes Vanden Biglaar
37. Lucy Castillo
38. Mark a. Sasao
**39.** Brooke Mendell
40. Taylor Anthony Herrera
41. Ron Merrill
42. Carol Merrill
43. Chastain Sarabia
44. Monique Gabriel
45. Karen Jear

46. Nancy Contreras
47. Caroline Kobara
48. Lynn Devon
49. Kaberi Bhattacherjee
50. Melissa Sarina Warren
51. Harris Warren
52. Javad Habibi
53. Elizabeth Michael
54. Ashley Dunn
55. Beverly Tucker
56. Greg Marcelo
57. Kathy Guerrero
58. Eric Lewis
59. Margaret Warner
60. Jeffrey Janssen
61. Indira Madzar
62. Sally Calvert
63. Lisa Reishagen
64. Dennis Brown
65. John Heringer, M.D.
66. Ester Cramer
67. Bennie Urango
68. Corrine Ruschin

| | | |
|---|---|---|
| 69. | Luz Brown | |
| 70. | Ronald Fredericks | |
| 71. | Terry Dentoni | |
| 72. | Joan Webber | |
| 73. | Karina Jones | |
| 74. | Olasunkanmi Abass | |
| 75. | Carole Gill-Cebrian | |
| 76. | James Allen | |
| 77. | Jeff Drisco | |
| 78. | Derek Bravo | |
| 79. | Kiro Marder | |
| 80. | Sebastien Wiggs | |

Respectfully submitted,

Dated: September 14, 2017

/s/
NAOMI CHUNG
BRENDAN HICKEY
Counsel for Defendant Gregory Belcher