NAOMI CHUNG (SBN 283743)
Pier 9, Suite 100
The Embarcadero
San Francisco, California 94111
Telephone: (415) 746-9080
Fax: (415) 484-7054
naomichung@defenseaid.com

BRENDAN HICKEY (CSBN 261794)
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 494-8444
Fax: 415-735-3544
brendan@defender-services.com

Attorneys for Defendant
GREGORY BELCHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY BELCHER,<br><br>Defendant. | NO. CR16-0211-LHK<br><br>**MOTION AND DECLARATION FOR A SUBPOENA DUCES TECUM PURSUANT TO FED. R. CRIM P. 17(c)** |

## I.    Motion for a 17(c) Subpoena

Federal Rule of Criminal Procedure 17(c)(1) pertains to subpoenas to produce documents and objects, and provides:

> A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce

-1-

1
2
3

> the designated items in court **before trial** or before they
> are to be offered in evidence.  When the items arrive, the
> court may permit the parties and their attorneys to
> inspect all or part of them. (Emphasis added).

Local Criminal Rule 17-2(a) makes clear that in order for a defendant to obtain

documents prior to trial, he must obtain an order pursuant to Rule 17(c) of the

Federal Rules of Criminal Procedure.  Defendant, Dr. Gregory Belcher, through

undersigned counsel, hereby requests that this Court authorize the service of this

subpoena for production of documents pursuant to Fed. R. Crim. Pro. 17(c).  The

parties to be served and addresses where they accept service:

**Anthem**
> Legal Department
> 2155 Oxnard St.
> 1st Floor
> Woodland Hills, CA 91367

**Aetna**
> HIPPA Members Rights & Subpoena Team
> 151 Farmington Ave., AN33
> Hartford, CT 06156

**Blue Shield California**
> Kevin Hardin
> 3300 Zinfandel Dr.
> Rancho Cordova, CA 95670

**Cigna Health & Life Insurance**
> Cigna Corporate Headquarters
> Special Investigations Unit
> 900 Cottage Grove Road
> Bloomfield, CT 06002

**UnitedHealthcare Optum**
> CT Corporation System
> Unitedhealthcare Optum
> 818 W. 7th St.
> Los Angeles, CA 90017

The attached subpoena is necessary for the preparation of Dr. Belcher's defense at trial.  The documents sought will aid proving that there was no scheme to commit billing fraud in Dr. Belcher's medical practice.  The requested documents are critical to defense counsel's ability to effectively investigate and prepare Dr. Belcher's defense and cross-examine government witnesses, including government agents and representative(s) from the above-referenced health care benefit plans.  This request is also supported by Dr. Belcher's constitutional right for compulsory process and the right to present a defense (the latter of which is supported by several clauses of the Constitution).  *Cf. Chambers v. Mississippi*, 410 U.S. 284, 302 (1973).

Local Criminal Rule 17-2(a)(1) further specifies that the motion for such an order must be supported by a declaration establishing specifying the facts supporting the issuance of the subpoena along with a proposed order.  Dr. Belcher submits the declaration of his attorney, Naomi Chung, which is incorporated below, in support of his motion.

## II.   <u>Declaration of Counsel</u>

I, Naomi Chung, hereby declare under penalty of perjury:

1)   I am an attorney admitted to practice in the State of California and before the federal district court for the Northern District of California.  I have been retained to represent Dr. Gregory Belcher in the above-referenced case.  Unless otherwise noted, I make this declaration of my own personal knowledge, and if called as a witness, I could and would testify competently to the contents hereof.

2)     Dr. Belcher is charged by superseding indictment with violations of 18 U.S.C. § 1349, conspiracy to commit health care fraud (Count 1); 18 U.S.C. §§ 1347(a)(1) and (2), health care fraud (Counts 7-10); 18 U.S.C. § 1035, false statements relating to health care matters (Counts 16 & 17); 18 U.S.C. § 1956(h), conspiracy to commit money laundering (Count 18), and 18 U.S.C. § 1956(a)(1)(B)(i) and 2, money laundering (Counts 19- 24).

3)     At trial, Dr. Belcher intends to prove that any inaccuracies in his billing do not stem from a scheme to defraud the aforementioned health care benefit plans and the information and documents requested in the attached subpoena are necessary for me to effectively investigate and prepare Dr. Belcher's defense.

4)     The information and documents requested in the attached subpoena are also critical in our preparation to cross-examine the government's witnesses. The government's witness list indicates their intention to call representatives from each of the health care benefit plans to testify in the government's case-in-chief.

5)     The information and documents requested in the attached subpoena are particularly critical to the preparation of Dr. Belcher's defense because the government intends to introduce thousands of pages of medical records and spreadsheets prepared by these aforementioned health care benefit plans at trial in the government's case-in-chief.

6)     The targeted materials are both evidentiary and relevant. Dr. Belcher's defense depends on refutation of the allegation that he submitted fraudulent billing claims.

7)      Given that there are approximately 18 days until trial and 14 days until Dr. Belcher must file his witness and exhibit lists, it is critical that the defense obtain the requested documents as soon as possible to provide Dr. Belcher sufficient time to prepare for trial.  Given these time constraints, it would be exceedingly difficult to obtain the requested documents other than a subpoena under Fed. R. Crim. Pro. 17(c).

8)      This application is made in good faith, and not for the purpose of general discovery.  Rule 17(c) implements the Sixth Amendment guarantee that an accused enjoys the right to compulsory process to secure favorable evidence.  *United States v. Nixon*, 418 U.S. 683, 711-712 (1974); *United States v. Jenkins,* 895 F.Supp. 1389, 1395 (D. Hawaii 1995). Dr. Belcher intends to introduce the records at trial as a corroboration of his defense.

9)      This court should therefore authorize the attached 17(c) subpoenas for production of documents, and authorize a protective order to control the use and disclosure of records containing protected health information.

Executed under penalty of perjury of the laws of United States, at San Francisco, California, his 4th day of October 2017.

Respectfully submitted,

Dated: October 4, 2017            _____/s/_____

NAOMI CHUNG
BRENDAN HICKEY
Counsel for Gregory Belcher

1

**[PROPOSED] ORDER**

2

3

        IT IS HEREBY ORDERED that the motion for subpoena pursuant to Fed. R. Crim. Pro. 17(c) for specified documents is GRANTED.

4

5

        The court hereby ORDERS that the return on the subpoena duces tecum issued by defendant Dr. Gregory Belcher is subject to the following protective rules:

6

7

(A) the parties are prohibited from using or disclosing health information for a

8

purpose other than the litigation; (B) the parties must return the information to the

9

covered entity, or destroy the protected information, at the end of the litigation or

10

proceeding.

11

        It is further ORDERED that a certified copy of this order shall be served on

12

13

the custodian of records of (entity) to whom the subpoena duces tecum has been

14

directed.

15

**SUBPOENA DUCES TECUM**

16

        The court hereby ORDERS that the attached subpoena duces tecum (form

17

CAND-98B) is GRANTED.  The subpoenaed documents may be returned directly to

18

counsel for Dr. Gregory Belcher, in electronic format, at

19

naomichung@defenseaid.com *or* via mail to the following address:

20

        Law Office of Naomi Chung
        Pier 9, Suite 100

21

        San Francisco, CA 94111

22

The Attached CAND-98B will contain the rule 17-2(c) advisement.

23

24

**IT IS SO ORDERED.**

25

Dated:   _____          _____

26

                                   HONORABLE HOWARD R. LLOYD

27

                                   United States Magistrate Judge

28

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>GREGORY BELCHER<br><br>                    Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.: CR16-0211-LHK |

TO:  AETNA - HIPPAA Members Rights & Subpoena Team
     151 Farmington Ave., AN33, Hartford, CT 06156

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☐ U.S. Courthouse<br>   450 Golden Gate Ave.<br>   San Francisco, CA 94102 | ☑ U.S. Courthouse<br>   280 South First St.<br>   San Jose, CA 95113 | ☐ U.S. Courthouse<br>   3140 Boeing Ave.<br>   McKinleyville, CA 95519 | ☐ U.S. Courthouse<br>   1301 Clay Street<br>   Oakland, CA 94612 | 8 / LUCY H. KOH<br><br>DATE AND TIME<br>10/17/2017 00:00 |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

See Attachment A.

Please produce all documents in electronic format (if possible) at naomichung@defenseaid.com or via mail to
Law Office of Naomi Chung
Pier 9, Suite 100
San Francisco, CA 94111

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website:
cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br><br>(By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Naomi Chung, Esq.
Pier 9, Suite 100
San Francisco, CA 94111
415. 746. 9080

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| **RECEIVED BY SERVER** | DATE | PLACE |
| **SERVED** | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO  AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____          _____<br>                                         DATE                                                  SIGNATURE OF SERVER<br><br>                                                                              ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
|   |

*United States v. Gregory Belcher*, No. CR16-0211-LHK
Subpoena Duces Tecum

### Attachment A

The following documents or objects shall be produced:

1. All written communications between 2008 and 2015 between Aetna and:
   a. Dr. Gregory Belcher
   b. Dr. Belcher's staff
   c. U.S. government agents, *or*
   d. attorneys related to Dr. Belcher.

2. Any internal communications (emails, messages, memos, notes, etc.) related to Dr. Belcher.

3. The investigation file for the fraud/waste/abuse/SIU department and any audit file related to Dr. Belcher. This request includes any records of interviews related to Dr. Belcher (e.g. interviews of Dr. Belcher's patients) and the results of any investigation(s).

4. Reimbursement rates applying to Dr. Belcher today and in 2013 for each of the following CPT codes ---
   a. <u>All therapeutic procedure codes</u>: 97110, 97112, 97113, 97116, 97124, 97139, 97140, 97150,97530, 97535, 97537, 97542
   b. <u>Surgery codes</u>: 27130, 27134, 27236, 27332, 27434, 27443, 27447, 27487, 29981, 29823, 29826, 29881

5. Any and all internal guidance or policy documents (memos, emails, policies, etc.) containing the following information:
   a. Identifying what types of billing patterns may indicate fraud and/or mistake by a medical provider.
   b. Indicating what steps should be taken in the event of suspected provider fraud and/or billing mistakes.

6. The overall error rate for bills received from medical providers from 2008 to 2015.

7. List of all pending claims, i.e. claims that have not been denied or paid. List should include dates, patient/beneficiary name, service date, CPT codes submitted.

All requested information and documents are relevant and material, specific and limited in scope, and de-identified information cannot be used (45 CFR 164.512(f)(1)(ii)(C).

The subpoenaed party is advised, pursuant to Criminal Local Rule 17-2(c) of the U.S. District Court for the Northern District of California, that if compliance would be unreasonable or oppressive, it may file a motion to quash or modify the

*United States v. Gregory Belcher*, No. CR16-0211-LHK
Subpoena Duces Tecum

subpoena, for an *in camera* review of the documents, or for an order to permit production only pursuant to a protective order.

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>GREGORY BELCHER<br><br>                    Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.: CR16-0211-LHK |

TO:  ANTHEM - Legal Department
       21555 Oxnard St., 1st Floor, Woodland Hills, CA 91367

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☐ U.S. Courthouse<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | ☑ U.S. Courthouse<br>280 South First St.<br>San Jose, CA 95113 | ☐ U.S. Courthouse<br>3140 Boeing Ave.<br>McKinleyville, CA 95519 | ☐ U.S. Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | 8 / LUCY H. KOH<br><br>DATE AND TIME<br>10/17/2017 00:00 |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

See Attachment A.

Please produce all documents in electronic format (if possible) at naomichung@defenseaid.com or via mail to
Law Office of Naomi Chung
Pier 9, Suite 100
San Francisco, CA 94111

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br>(By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Naomi Chung, Esq.
Pier 9, Suite 100
San Francisco, CA 94111
415. 746. 9080

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE | | PLACE |
| SERVED | DATE | | PLACE |
| SERVED ON (PRINT NAME) | | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS:

ADDITIONAL INFORMATION

*United States v. Gregory Belcher*, No. CR16-0211-LHK
Subpoena Duces Tecum

## Attachment A

The following documents or objects shall be produced:

1. All written communications between 2008 and 2015 between Anthem and:
   a. Dr. Gregory Belcher
   b. Dr. Belcher's staff
   c. U.S. government agents, *or*
   d. attorneys related to Dr. Belcher.

2. Any internal communications (emails, messages, memos, notes, etc.) related to Dr. Belcher.

3. The investigation file for the fraud/waste/abuse/SIU department and any audit file related to Dr. Belcher. This request includes any records of interviews related to Dr. Belcher (e.g. interviews of Dr. Belcher's patients) and the results of any investigation(s).

4. Reimbursement rates applying to Dr. Belcher today and in 2013 for each of the following CPT codes ---
   a. <u>All therapeutic procedure codes</u>: 97110, 97112, 97113, 97116, 97124, 97139, 97140, 97150,97530, 97535, 97537, 97542
   b. <u>Surgery codes</u>: 27130, 27134, 27236, 27332, 27434, 27443, 27447, 27487, 29981, 29823, 29826, 29881

5. Any and all internal guidance or policy documents (memos, emails, policies, etc.) containing the following information:
   a. Identifying what types of billing patterns may indicate fraud and/or mistake by a medical provider.
   b. Indicating what steps should be taken in the event of suspected provider fraud and/or billing mistakes.

6. The overall error rate for bills received from medical providers from 2008 to 2015.

7. List of all pending claims, i.e. claims that have not been denied or paid. List should include dates, patient/beneficiary name, service date, CPT codes submitted.

   All requested information and documents are relevant and material, specific and limited in scope, and de-identified information cannot be used (45 CFR 164.512(f)(1)(ii)(C).

   The subpoenaed party is advised, pursuant to Criminal Local Rule 17-2(c) of the U.S. District Court for the Northern District of California, that if compliance would be unreasonable or oppressive, it may file a motion to quash or modify the

*United States v. Gregory Belcher*, No. CR16-0211-LHK
Subpoena Duces Tecum

subpoena, for an *in camera* review of the documents, or for an order to permit production only pursuant to a protective order.

CAND 89B (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORY BELCHER

Defendant(s).

SUBPOENA TO PRODUCE
DOCUMENTS OR OBJECTS
IN A CRIMINAL CASE

Case No.: CR16-0211-LHK

TO:  BLUE SHIELD CALIFORNIA - Attn Kevin Hardin
     3300 Zinfandel Dr., Rancho Cordova, CA 95670

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☐ U.S. Courthouse 450 Golden Gate Ave. San Francisco, CA 94102 | ☑ U.S. Courthouse 280 South First St. San Jose, CA 95113 | ☐ U.S. Courthouse 3140 Boeing Ave. McKinleyville, CA 95519 | ☐ U.S. Courthouse 1301 Clay Street Oakland, CA 94612 | 8 / LUCY H. KOH |
| | | | | DATE AND TIME 10/17/2017 00:00 |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

See Attachment A.

Please produce all documents in electronic format (if possible) at naomichung@defenseaid.com or via mail to
Law Office of Naomi Chung
Pier 9, Suite 100
San Francisco, CA 94111

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

Naomi Chung, Esq.
Pier 9, Suite 100
San Francisco, CA 94111
415. 746. 9080

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS  ☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.  Executed on _____  DATE                SIGNATURE OF SERVER  ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
|  |

*United States v. Gregory Belcher*, No. CR16-0211-LHK
Subpoena Duces Tecum

## Attachment A

The following documents or objects shall be produced:

1. All written communications between 2008 and 2015 between Blue Shield California and:
   a. Dr. Gregory Belcher
   b. Dr. Belcher's staff
   c. U.S. government agents, *or*
   d. attorneys related to Dr. Belcher.

2. Any internal communications (emails, messages, memos, notes, etc.) related to Dr. Belcher.

3. The investigation file for the fraud/waste/abuse/SIU department and any audit file related to Dr. Belcher. This request includes any records of interviews related to Dr. Belcher (e.g. interviews of Dr. Belcher's patients) and the results of any investigation(s).

4. Reimbursement rates applying to Dr. Belcher today and in 2013 for each of the following CPT codes ---
   a. All therapeutic procedure codes: 97110, 97112, 97113, 97116, 97124, 97139, 97140, 97150,97530, 97535, 97537, 97542
   b. Surgery codes: 27130, 27134, 27236, 27332, 27434, 27443, 27447, 27487, 29981, 29823, 29826, 29881

5. Any and all internal guidance or policy documents (memos, emails, policies, etc.) containing the following information:
   a. Identifying what types of billing patterns may indicate fraud and/or mistake by a medical provider.
   b. Indicating what steps should be taken in the event of suspected provider fraud and/or billing mistakes.

6. The overall error rate for bills received from medical providers from 2008 to 2015.

7. List of all pending claims, i.e. claims that have not been denied or paid. List should include dates, patient/beneficiary name, service date, CPT codes submitted.

   All requested information and documents are relevant and material, specific and limited in scope, and de-identified information cannot be used (45 CFR 164.512(f)(1)(ii)(C).

   The subpoenaed party is advised, pursuant to Criminal Local Rule 17-2(c) of the U.S. District Court for the Northern District of California, that if compliance

*United States v. Gregory Belcher*, No. CR16-0211-LHK
Subpoena Duces Tecum

would be unreasonable or oppressive, it may file a motion to quash or modify the subpoena, for an *in camera* review of the documents, or for an order to permit production only pursuant to a protective order.

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | SUBPOENA TO PRODUCE DOCUMENTS OR OBJECTS IN A CRIMINAL CASE |
| Plaintiff, | |
| v. | Case No.: CR16-0211-LHK |
| GREGORY BELCHER | |
| Defendant(s). | |

TO:  CIGNA HEALTH & LIFE INSURANCE - Corporate Headquarters, Attn Special Investigations Unit
900 Cottage Grove Road, Bloomfield, CT 06002

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☐ U.S. Courthouse 450 Golden Gate Ave. San Francisco, CA 94102 | ☑ U.S. Courthouse 280 South First St. San Jose, CA 95113 | ☐ U.S. Courthouse 3140 Boeing Ave. McKinleyville, CA 95519 | ☐ U.S. Courthouse 1301 Clay Street Oakland, CA 94612 | 8 / LUCY H. KOH |
| | | | | DATE AND TIME 10/17/2017 00:00 |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

See Attachment A.

Please produce all documents in electronic format (if possible) at naomichung@defenseaid.com or via mail to
Law Office of Naomi Chung
Pier 9, Suite 100
San Francisco, CA 94111

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Naomi Chung, Esq.
Pier 9, Suite 100
San Francisco, CA 94111
415. 746. 9080

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| **RECEIVED BY SERVER** | DATE | PLACE |
| **SERVED** | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____          _____<br>                                    DATE                                      SIGNATURE OF SERVER<br><br>                                                                           ADDRESS: |
| ADDITIONAL INFORMATION |

*United States v. Gregory Belcher*, No. CR16-0211-LHK
Subpoena Duces Tecum

## Attachment A

The following documents or objects shall be produced:

1.  All written communications between 2008 and 2015 between Cigna and:
    a.  Dr. Gregory Belcher
    b.  Dr. Belcher's staff
    c.  U.S. government agents, *or*
    d.  attorneys related to Dr. Belcher.

2.  Any internal communications (emails, messages, memos, notes, etc.) related to Dr. Belcher.

3.  The investigation file for the fraud/waste/abuse/SIU department and any audit file related to Dr. Belcher.  This request includes any records of interviews related to Dr. Belcher (e.g. interviews of Dr. Belcher's patients) and the results of any investigation(s).

4.  Reimbursement rates applying to Dr. Belcher today and in 2013 for each of the following CPT codes ---
    a.  <u>All therapeutic procedure codes</u>: 97110, 97112, 97113, 97116, 97124, 97139, 97140, 97150,97530, 97535, 97537, 97542
    b.  <u>Surgery codes</u>: 27130, 27134, 27236, 27332, 27434, 27443, 27447, 27487, 29981, 29823, 29826, 29881

5.  Any and all internal guidance or policy documents (memos, emails, policies, etc.) containing the following information:
    a.  Identifying what types of billing patterns may indicate fraud and/or mistake by a medical provider.
    b.  Indicating what steps should be taken in the event of suspected provider fraud and/or billing mistakes.

6.  The overall error rate for bills received from medical providers from 2008 to 2015.

7.  List of all pending claims, i.e. claims that have not been denied or paid.  List should include dates, patient/beneficiary name, service date, CPT codes submitted.

All requested information and documents are relevant and material, specific and limited in scope, and de-identified information cannot be used (45 CFR 164.512(f)(1)(ii)(C).

The subpoenaed party is advised, pursuant to Criminal Local Rule 17-2(c) of the U.S. District Court for the Northern District of California, that if compliance would be unreasonable or oppressive, it may file a motion to quash or modify the

*United States v. Gregory Belcher*, No. CR16-0211-LHK
Subpoena Duces Tecum

subpoena, for an *in camera* review of the documents, or for an order to permit production only pursuant to a protective order.

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY BELCHER<br><br>　　　　　　Defendant(s). | SUBPOENA TO PRODUCE<br>DOCUMENTS OR OBJECTS<br>IN A CRIMINAL CASE<br><br>Case No.: CR16-0211-LHK |

TO:　CT CORPORATION SYSTEM - UnitedHealthcare Optum
　　　818 W. 7th St., Los Angeles, CA 90017

YOU ARE COMMANDED to produce at the place, date, and time specified the document(s) or object(s) indicated below.  If compliance would be unreasonable or oppressive, you may file a motion requesting the court to quash or modify the subpoena, to review the documents in camera, or to permit production only pursuant to a protective order.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☐ U.S. Courthouse<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | ☑ U.S. Courthouse<br>280 South First St.<br>San Jose, CA 95113 | ☐ U.S. Courthouse<br>3140 Boeing Ave.<br>McKinleyville, CA 95519 | ☐ U.S. Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | 8 / LUCY H. KOH |
| | | | | DATE AND TIME<br>10/17/2017 00:00 |

*If the document(s) or object(s) are produced in advance of the date specified, either to the court in an envelope delivered to the clerk's office or to the issuing attorney whose name and address appears below, no appearance is necessary.*

The following document(s) or object(s) shall be produced:

See Attachment A.

Please produce all documents in electronic format (if possible) at naomichung@defenseaid.com or via mail to Law Office of Naomi Chung
Pier 9, Suite 100
San Francisco, CA 94111

NOTE: Subpoena forms requiring the appearance of a witness to testify at a criminal proceeding or to testify and bring documents to a criminal proceeding, must use Form CAND 89A, *Subpoena to Testify in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| _____<br><br>(By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Naomi Chung, Esq.
Pier 9, Suite 100
San Francisco, CA 94111
415. 746. 9080

CAND 89B  (Rev. 6/17) Subpoena to Produce Documents or Objects in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| **RECEIVED BY SERVER** | DATE | PLACE |
| **SERVED** | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br><br>☐ YES ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.<br><br>Executed on _____   _____<br>                              DATE                                   SIGNATURE OF SERVER<br><br>                                                             ADDRESS: |

| ADDITIONAL INFORMATION |
|---|
|  |

*United States v. Gregory Belcher*, No. CR16-0211-LHK
Subpoena Duces Tecum

## Attachment A

The following documents or objects shall be produced:

1.  All written communications between 2008 and 2015 between
    UnitedHealthcare Optum and:
    a.  Dr. Gregory Belcher
    b.  Dr. Belcher's staff
    c.  U.S. government agents, *or*
    d.  attorneys related to Dr. Belcher.

2.  Any internal communications (emails, messages, memos, notes, etc.) related
    to Dr. Belcher.

3.  The investigation file for the fraud/waste/abuse/SIU department and any
    audit file related to Dr. Belcher.  This request includes any records of
    interviews related to Dr. Belcher (e.g. interviews of Dr. Belcher's patients)
    and the results of any investigation(s).

4.  Reimbursement rates applying to Dr. Belcher today and in 2013 for each of
    the following CPT codes ---
    a.  <u>All therapeutic procedure codes</u>: 97110, 97112, 97113, 97116, 97124,
        97139, 97140, 97150,97530, 97535, 97537, 97542
    b.  <u>Surgery codes</u>: 27130, 27134, 27236, 27332, 27434, 27443, 27447,
        27487, 29981, 29823, 29826, 29881

5.  Any and all internal guidance or policy documents (memos, emails, policies,
    etc.) containing the following information:
    a.  Identifying what types of billing patterns may indicate fraud and/or
        mistake by a medical provider.
    b.  Indicating what steps should be taken in the event of suspected
        provider fraud and/or billing mistakes.

6.  The overall error rate for bills received from medical providers from 2008 to
    2015.

7.  List of all pending claims, i.e. claims that have not been denied or paid.  List
    should include dates, patient/beneficiary name, service date, CPT codes
    submitted.

   All requested information and documents are relevant and material, specific
and limited in scope, and de-identified information cannot be used (45 CFR
164.512(f)(1)(ii)(C).

   The subpoenaed party is advised, pursuant to Criminal Local Rule 17-2(c) of
the U.S. District Court for the Northern District of California, that if compliance

*United States v. Gregory Belcher,* No. CR16-0211-LHK
Subpoena Duces Tecum

would be unreasonable or oppressive, it may file a motion to quash or modify the subpoena, for an *in camera* review of the documents, or for an order to permit production only pursuant to a protective order.