1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JEFFREY D. NEDROW (CABN 161299)
   PATRICK DELAHUNTY (CABN 257439)
5  Assistant United States Attorneys

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Telephone: (408) 535-5045
        FAX: (408) 4535-5066
8       Email: jeff.nedrow@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 16-00211 LHK |
| Plaintiff, | THE PARTIES' JOINT PROPOSED FORM OF VERDICT |
| v. | |
| VILASINI GANESH and GREGORY BELCHER, | |
| Defendants. | |

The parties hereby submit the attached proposed verdict form for use in the above-captioned case, with one area of disagreement. Belcher has requested that the defendants' names be articulated in a bold font. The government disagrees with this approach as unnecessary, and requests that the verdict form be submitted to the jury as is, without any bold font highlighting the defendants' names. The parties are otherwise in agreement with respect to the substance of the verdict form.

//

//

| | | |
|---|---|---|
| 1 | DATED: October 11, 2017 | Respectfully Submitted, |
| 2 | | |
| 3 | | BRIAN J. STRETCH<br>United States Attorney |
| 4 | | */s/*_____ |
| 5 | | JEFFREY D. NEDROW<br>PATRICK DELAHUNTY |
| 6 | | Assistant United States Attorney |
| 7 | | |
| 8 | | _____/s/_____ |
| 9 | | NAOMI CHUNG<br>Attorney for Gregory Belcher |
| 10 | | |
| 11 | | _____/s/_____ |
| 12 | | DANIEL HOROWITZ<br>Attorney for Vilasini Ganesh |

## COUNT ONE

1. We, the Jury, find each of the defendants listed below,

                              GUILTY        NOT GUILTY

VILASINI GANESH       _____      _____

GREGORY BELCHER     _____      _____

(place an X on the appropriate line) of Conspiracy to Commit Health Care Fraud, from at least January 2008 through in or about January 2015, in violation of Title 18, United States Code, Section 1349, as charged in Count One of the Superseding Indictment.

## COUNT TWO

2. We, the Jury, find defendant VILASINI GANESH,

                GUILTY        NOT GUILTY

            _____      _____

(place an X on the appropriate line) of Health Care Fraud, as to a claim for reimbursement submitted to Anthem Blue Cross for care claimed to have been provided on June 28, 2012 regarding beneficiary S.S., in violation of Title 18, United States Code, Section 1347, as charged in Count Two of the Superseding Indictment.

## COUNT THREE

3. We, the Jury, find defendant VILASINI GANESH,

                GUILTY        NOT GUILTY

            _____      _____

(place an X on the appropriate line) of Health Care Fraud, as to a claim for reimbursement submitted to Blue Shield for care claimed to have been provided on March 5, 2012 regarding beneficiary M.K., in violation of Title 18, United States Code, Section 1347, as charged in Count Three of the Superseding Indictment.

## COUNT FOUR

4. We, the Jury, find defendant VILASINI GANESH,

        GUILTY         NOT GUILTY

        _____    _____

(place an X on the appropriate line) of Health Care Fraud, as to a claim for reimbursement submitted to Cigna for care claimed to have been provided on December 30, 2012 regarding beneficiary M.H., in violation of Title 18, United States Code, Section 1347, as charged in Count Four of the Superseding Indictment.

## COUNT FIVE

5. We, the Jury, find defendant VILASINI GANESH,

        GUILTY         NOT GUILTY

        _____    _____

(place an X on the appropriate line) of Health Care Fraud, as to a claim for reimbursement submitted to UnitedHealthcare for care claimed to have been provided on February 17, 2014 regarding beneficiary A.D., in violation of Title 18, United States Code, Section 1347, as charged in Count Five of the Superseding Indictment.

## COUNT SIX

6. We, the Jury, find defendant VILASINI GANESH,

        GUILTY         NOT GUILTY

        _____    _____

(place an X on the appropriate line) of Health Care Fraud, as to a claim for reimbursement submitted to Aetna for care claimed to have been provided on September 21, 2012 regarding beneficiary S.K, in violation of Title 18, United States Code, Section 1347, as charged in Count Six of the Superseding Indictment.

## COUNT SEVEN

7. We, the Jury, find defendant GREGORY BELCHER,

          GUILTY           NOT GUILTY

          _____    _____

(place an X on the appropriate line) of Health Care Fraud, as to a claim for reimbursement submitted to Cigna for care claimed to have been provided on October 9, 2012 regarding beneficiary M.H., in violation of Title 18, United States Code, Section 1347, as charged in Count Seven of the Superseding Indictment.

## COUNT EIGHT

8. We, the Jury, find defendant GREGORY BELCHER,

          GUILTY           NOT GUILTY

          _____    _____

(place an X on the appropriate line) of Health Care Fraud, as to a claim for reimbursement submitted to Cigna for care claimed to have been provided on June 19, 2013 regarding beneficiary M.H., in violation of Title 18, United States Code, Section 1347, as charged in Count Eight of the Superseding Indictment.

## COUNT NINE

9. We, the Jury, find defendant GREGORY BELCHER,

          GUILTY           NOT GUILTY

          _____    _____

(place an X on the appropriate line) of Health Care Fraud, as to a claim for reimbursement submitted to Blue Shield for care claimed to have been provided on May 19, 2014 regarding beneficiary M.K., in violation of Title 18, United States Code, Section 1347, as charged in Count Nine of the Superseding Indictment.

## COUNT TEN

10.  We, the Jury, find defendant GREGORY BELCHER,

                GUILTY            NOT GUILTY

                _____     _____

(place an X on the appropriate line) of Health Care Fraud, as to a claim for reimbursement submitted to Blue Shield for care claimed to have been provided on June 22, 2014 regarding beneficiary A.B., in violation of Title 18, United States Code, Section 1347, as charged in Count Ten of the Superseding Indictment.

## COUNT ELEVEN

11.  We, the Jury, find defendant VILASINI GANESH,

                GUILTY            NOT GUILTY

                _____     _____

(place an X on the appropriate line) of False Statements Relating to Health Care Matters, as to the December 23, 2013 submission to Anthem Blue Cross of claimed care regarding beneficiary S.S., in violation of Title 18, United States Code, Section 1035, as charged in Count Eleven of the Superseding Indictment.

## COUNT TWELVE

12.  We, the Jury, find defendant VILASINI GANESH,

                GUILTY            NOT GUILTY

                _____     _____

(place an X on the appropriate line) of False Statements Relating to Health Care Matters, as to the August 10, 2013 submission to Blue Shield of claimed care regarding beneficiary M.K., in violation of Title 18, United States Code, Section 1035, as charged in Count Twelve of the Superseding Indictment.

## COUNT THIRTEEN

13. We, the Jury, find defendant VILASINI GANESH,

        GUILTY         NOT GUILTY

        _____     _____

(place an X on the appropriate line) of False Statements Relating to Health Care Matters, as to the March 29, 2013 submission to Cigna of claimed care regarding beneficiary M.H., in violation of Title 18, United States Code, Section 1035, as charged in Count Thirteen of the Superseding Indictment.

## COUNT FOURTEEN

14. We, the Jury, find defendant VILASINI GANESH,

        GUILTY         NOT GUILTY

        _____     _____

(place an X on the appropriate line) of False Statements Relating to Health Care Matters, as to the May 12, 2014 submission to UnitedHealthcare of claimed care regarding beneficiary A.D., in violation of Title 18, United States Code, Section 1035, as charged in Count Fourteen of the Superseding Indictment.

## COUNT FIFTEEN

15. We, the Jury, find defendant, VILASINI GANESH,

        GUILTY         NOT GUILTY

        _____     _____

(place an X on the appropriate line) of False Statements Relating to Health Care Matters, as to the December 10, 2012 submission to Aetna of claimed care regarding beneficiary S.K., in violation of Title 18, United States Code, Section 1035, as charged in Count Fifteen of the Superseding Indictment.

## COUNT SIXTEEN

16. We, the Jury, find defendant, GREGORY BELCHER,

      GUILTY    NOT GUILTY

      _____  _____

(place an X on the appropriate line) of False Statements Relating to Health Care Matters, as to the November 26, 2013 submission to Cigna of claimed care regarding beneficiary M.H., in violation of Title 18, United States Code, Section 1035, as charged in Count Sixteen of the Superseding Indictment.

## COUNT SEVENTEEN

17. We, the Jury, find defendant, GREGORY BELCHER,

      GUILTY    NOT GUILTY

      _____  _____

(place an X on the appropriate line) of False Statements Relating to Health Care Matters, as to the August 8, 2014 submission to Blue Shield of claimed care regarding beneficiary M.K., in violation of Title 18, United States Code, Section 1035, as charged in Count Seventeen of the Superseding Indictment.

## COUNT EIGHTEEN

18. We, the Jury, find each of the defendants listed below,

           GUILTY    NOT GUILTY

VILASINI GANESH    _____  _____

GREGORY BELCHER   _____  _____

(place an X on the appropriate line) of Conspiracy to Commit Money Laundering, from in or about May 2011, and continuing to in or about January 2014, in violation of Title 18, United States Code, Section 1956(h), as charged in Count Eighteen of the Superseding Indictment.

## COUNT NINETEEN

19. We, the Jury, find each of the defendants listed below,

|  | GUILTY | NOT GUILTY |
|---|---|---|
| VILASINI GANESH | _____ | _____ |
| GREGORY BELCHER | _____ | _____ |

(place an X on the appropriate line) of Money Laundering, as to the August 8, 2011 purchase of Cashier's Check No. 432311932 from the Bank of America Account ending in xx8753, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), as charged in Count Nineteen of the Superseding Indictment.

## COUNT TWENTY

20. We, the Jury, find each of the defendants listed below,

|  | GUILTY | NOT GUILTY |
|---|---|---|
| VILASINI GANESH | _____ | _____ |
| GREGORY BELCHER | _____ | _____ |

(place an X on the appropriate line) of Money Laundering, as to the September 23, 2011 purchase of Cashier's Check No. 422859367 from the Bank of America Account ending in xx8753, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), as charged in Count Twenty of the Superseding Indictment.

## COUNT TWENTY-ONE

21. We, the Jury, find each of the defendants listed below,

|  | GUILTY | NOT GUILTY |
|---|---|---|
| VILASINI GANESH | _____ | _____ |
| GREGORY BELCHER | _____ | _____ |

(place an X on the appropriate line) of Money Laundering, as to the October 19, 2011 purchase of Cashier's Check No. 433613797 from the Bank of America Account ending in xx8753, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), as charged in Count Twenty-One of the

Superseding Indictment.

## COUNT TWENTY-TWO

22. We, the Jury, find each of the defendants listed below,

                                            GUILTY          NOT GUILTY

VILASINI GANESH            _____    _____

GREGORY BELCHER          _____    _____

(place an X on the appropriate line) of Money Laundering, as to the November 29, 2011 purchase of Cashier's Check No. 422859603 from the Bank of America Account ending in xx8753, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), as charged in Count Twenty-Two of the Superseding Indictment.

## COUNT TWENTY-THREE

23. We, the Jury, find each of the defendants listed below,

                                            GUILTY          NOT GUILTY

VILASINI GANESH            _____    _____

GREGORY BELCHER          _____    _____

(place an X on the appropriate line) of Money Laundering, as to the December 16, 2011 purchase of Cashier's Check No. 422859519 from the Bank of America Account ending in xx8753, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), as charged in Count Twenty-Three of the Superseding Indictment.

| | | |
|---|---|---|
| 1 | COUNT TWENTY-FOUR | |

24. We, the Jury, find each of the defendants listed below,

                                                GUILTY          NOT GUILTY

VILASINI GANESH            _____      _____

GREGORY BELCHER          _____      _____

(place an X on the appropriate line) of Money Laundering, as to the November 19, 2013 deposit of Cashier's Check Nos. 432311932, 422859367, 433613797, 422859603, and 422859519 into the Bank of the West Account ending in xx7654, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), as charged in Count Twenty-Four of the Superseding Indictment.

                  \*             \*            \*

When this form is completed, the jury foreperson should date and sign it and advise the Court that you have reached a verdict.

Dated: _____            _____

                                                            FOREPERSON