DANIEL A. HOROWITZ Bar No. 92400
Attorney at Law
P.O. Box 1547
Lafayette, California 94549
(925) 283-1863

Attorney for Vilasni Ganesh

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **CR 16-00211 LHK** |
| Plaintiff, | **AMENDED DEFENSE WITNESS LIST** |
| vs. | |
| VILASNI GANESH et al., | |
| Defendants. | |

**1. Venkat Ganesan**
   Estimated 45 minutes direct
**2. Dr. Howard Friedman**
   Estimated 1 hour direct (Attempting to schedule for 11/27)
**3. Dr. Douglas Levinson**
   December 8, 2017, estimated 1.5 hours direct
**4. Vilasini Ganesh**
   If called, estimated 1 hour direct

**AMENDED DEFENSE DISCLOSURE OF WITNESSES**
**CR 16-00211 LHK**                                                        1

1  **Caveat:** If Dr. Glezer calls into question issues of functionality at home, or if cross examination
2  of Venkat Ganesan calls into question the veracity of his descriptions of a disfunctional home
3  life, the defense may seek to call previously disclosed/listed witness Ram Mayala (Dr. Ganesh'
4  son) to rebut any implications of a functional home life.  His testimony would last approximately
5  45 minutes on direct.

//s//_____
Daniel Horowitz
Attorney for Vilasni Ganesh

**AMENDED DEFENSE DISCLOSURE OF WITNESSES**
**CR 16-00211 LHK**                    2