United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>        v.<br><br>VILASINI GANESH and<br>GREGORY BELCHER<br><br>             Defendants. | Case No. 16-CR-00211-LHK<br><br>**PROPOSED VERDICT FORM** |

The parties shall file any objections to this verdict form by Tuesday, December 5, 2017.

Dated: December 1, 2017

_____
LUCY H. KOH
United States District Judge

Case No. 16-CR-00211-LHK
PROPOSED VERDICT FORM

1

## COUNT ONE

We, the Jury, find each of the defendants listed below,

                                        NOT GUILTY        GUILTY

VILASINI GANESH        _____        _____

GREGORY BELCHER      _____        _____

of Conspiracy to Commit Health Care Fraud, from at least January 2008, through in or about January 2015, in violation of Title 18, United States Code, Section 1349, as charged in Count One of the Indictment.

## COUNT TWO

We, the Jury, find defendant VILASINI GANESH,

_____ NOT GUILTY          _____ GUILTY

of Health Care Fraud, as to a claim for reimbursement submitted to Anthem Blue Cross for care claimed to have been provided on June 28, 2012, regarding beneficiary Surekha Soni, in violation of Title 18, United States Code, Section 1347, as charged in Count Two of the Indictment.

## COUNT THREE

We, the Jury, find defendant VILASINI GANESH,

_____ NOT GUILTY          _____ GUILTY

of Health Care Fraud, as to a claim for reimbursement submitted to Blue Shield for care claimed to have been provided on March 5, 2012, regarding beneficiary Michael Kelley, in violation of Title 18, United States Code, Section 1347, as charged in Count Three of the Indictment.

### COUNT FOUR

We, the Jury, find defendant VILASINI GANESH,

_____ NOT GUILTY             _____ GUILTY

of Health Care Fraud, as to a claim for reimbursement submitted to Cigna for care claimed to have been provided on December 30, 2012, regarding beneficiary Mastaneh Habibi, in violation of Title 18, United States Code, Section 1347, as charged in Count Four of the Indictment.

### COUNT FIVE

We, the Jury, find defendant VILASINI GANESH,

_____ NOT GUILTY             _____ GUILTY

of Health Care Fraud, as to a claim for reimbursement submitted to UnitedHealthcare for care claimed to have been provided on February 17, 2014, regarding beneficiary Ann Dwan, in violation of Title 18, United States Code, Section 1347, as charged in Count Five of the Indictment.

### COUNT SIX

We, the Jury, find defendant VILASINI GANESH,

_____ NOT GUILTY             _____ GUILTY

of Health Care Fraud, as to a claim for reimbursement submitted to Aetna for care claimed to have been provided on September 21, 2012, regarding beneficiary Sarini Kakkar, in violation of Title 18, United States Code, Section 1347, as charged in Count Six of the Indictment.

## COUNT SEVEN

We, the Jury, find defendant GREGORY BELCHER,

_____ NOT GUILTY            _____ GUILTY

of Health Care Fraud, as to a claim for reimbursement submitted to Cigna for care claimed to have been provided on October 9, 2012, regarding beneficiary Mastaneh Habibi, in violation of Title 18, United States Code, Section 1347, as charged in Count Seven of the Indictment.

## COUNT EIGHT

We, the Jury, find defendant GREGORY BELCHER,

_____ NOT GUILTY            _____ GUILTY

of Health Care Fraud, as to a claim for reimbursement submitted to Cigna for care claimed to have been provided on June 19, 2013, regarding beneficiary Mastaneh Habibi, in violation of Title 18, United States Code, Section 1347, as charged in Count Eight of the Indictment.

## COUNT NINE

We, the Jury, find defendant GREGORY BELCHER,

_____ NOT GUILTY            _____ GUILTY

of Health Care Fraud, as to a claim for reimbursement submitted to Blue Shield for care claimed to have been provided on May 19, 2014, regarding beneficiary Michael Kelley, in violation of Title 18, United States Code, Section 1347, as charged in Count Nine of the Indictment.

## COUNT TEN

We, the Jury, find defendant GREGORY BELCHER,

_____ NOT GUILTY            _____ GUILTY

of Health Care Fraud, as to a claim for reimbursement submitted to Blue Shield for care claimed to have been provided on June 22, 2014, regarding beneficiary Anthony Bonte, in violation of Title 18, United States Code, Section 1347, as charged in Count Ten of the Indictment.

## COUNT ELEVEN

We, the Jury, find defendant VILASINI GANESH,

_____ NOT GUILTY              _____ GUILTY

of False Statements Relating to Health Care Matters, as to the December 23, 2013, submission to Anthem Blue Cross of claimed care regarding beneficiary Surekha Soni in violation of Title 18, United States Code, Section 1035, as charged in Count Eleven of the Indictment.

## COUNT TWELVE

We, the Jury, find defendant VILASINI GANESH,

_____ NOT GUILTY              _____ GUILTY

of False Statements Relating to Health Care Matters, as to the August 10, 2013, submission to Blue Shield of claimed care regarding beneficiary Michael Kelley, in violation of Title 18, United States Code, Section 1035, as charged in Count Twelve of the Indictment.

## COUNT THIRTEEN

We, the Jury, find defendant VILASINI GANESH,

_____ NOT GUILTY              _____ GUILTY

of False Statements Relating to Health Care Matters, as to the March 29, 2013, submission to Cigna of claimed care regarding beneficiary Mastaneh Habibi, in violation of Title 18, United States Code, Section 1035, as charged in Count Thirteen of the Indictment.

## COUNT FOURTEEN

We, the Jury, find defendant VILASINI GANESH,

_____ NOT GUILTY              _____ GUILTY

of False Statements Relating to Health Care Matters, as to the May 12, 2014, submission to UnitedHealthcare of claimed care regarding beneficiary Ann Dwan, in violation of Title 18, United States Code, Section 1035, as charged in Count Fourteen of the Indictment.

## COUNT FIFTEEN

We, the Jury, find defendant, VILASINI GANESH,

_____ NOT GUILTY          _____ GUILTY

of False Statements Relating to Health Care Matters, as to the December 10, 2012, submission to Aetna of claimed care regarding beneficiary Sarini Kakkar, in violation of Title 18, United States Code, Section 1035, as charged in Count Fifteen of the Indictment.

## COUNT SIXTEEN

We, the Jury, find defendant, GREGORY BELCHER,

_____ NOT GUILTY          _____ GUILTY

of False Statements Relating to Health Care Matters, as to the November 26, 2013, submission to Cigna of claimed care regarding beneficiary Mastenah Habibi, in violation of Title 18, United States Code, Section 1035, as charged in Count Sixteen of the Indictment.

## COUNT SEVENTEEN

We, the Jury, find defendant, GREGORY BELCHER,

_____ NOT GUILTY          _____ GUILTY

of False Statements Relating to Health Care Matters, as to the August 8, 2014, submission to Blue Shield of claimed care regarding beneficiary Michael Kelley, in violation of Title 18, United States Code, Section 1035, as charged in Count Seventeen of the Indictment.

1

COUNT EIGHTEEN

2    We, the Jury, find each of the defendants listed below,

3                                NOT GUILTY        GUILTY

4    VILASINI GANESH        _____      _____

5    GREGORY BELCHER       _____      _____

6    of Conspiracy to Commit Money Laundering, from in or about May 2011, and continuing to in or

7    about January 2014, in violation of Title 18, United States Code, Section 1956(h), as charged in

8    Count Eighteen of the Indictment.

9

10

COUNT NINETEEN

11   We, the Jury, find each of the defendants listed below,

12                               NOT GUILTY        GUILTY

13   VILASINI GANESH        _____      _____

14   GREGORY BELCHER       _____      _____

15   of Money Laundering, as to the August 8, 2011, purchase of Cashier's Check No. 432311932

16   from the Bank of America Account ending in xx8753, in violation of Title 18, United States Code,

17   Section 1956(a)(1)(B)(i), as charged in Count Nineteen of the Indictment.

18

19

COUNT TWENTY

20   We, the Jury, find each of the defendants listed below,

21                               NOT GUILTY        GUILTY

22   VILASINI GANESH        _____      _____

23   GREGORY BELCHER       _____      _____

24   of Money Laundering, as to the September 23, 2011, purchase of Cashier's Check No. 422859367

25   from the Bank of America Account ending in xx8753, in violation of Title 18, United States Code,

26   Section 1956(a)(1)(B)(i), as charged in Count Twenty of the Indictment.

27

28

7

Case No. 16-CR-00211-LHK
PROPOSED VERDICT FORM

### COUNT TWENTY-ONE

We, the Jury, find each of the defendants listed below,

|  | NOT GUILTY | GUILTY |
|---|---|---|
| VILASINI GANESH | _____ | _____ |
| GREGORY BELCHER | _____ | _____ |

of Money Laundering, as to the October 19, 2011, purchase of Cashier's Check No. 433613797 from the Bank of America Account ending in xx8753, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), as charged in Count Twenty-One of the Indictment.

### COUNT TWENTY-TWO

We, the Jury, find each of the defendants listed below,

|  | NOT GUILTY | GUILTY |
|---|---|---|
| VILASINI GANESH | _____ | _____ |
| GREGORY BELCHER | _____ | _____ |

of Money Laundering, as to the November 29, 2011, purchase of Cashier's Check No. 422859603 from the Bank of America Account ending in xx8753, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), as charged in Count Twenty-Two of the Indictment.

### COUNT TWENTY-THREE

We, the Jury, find each of the defendants listed below,

|  | NOT GUILTY | GUILTY |
|---|---|---|
| VILASINI GANESH | _____ | _____ |
| GREGORY BELCHER | _____ | _____ |

of Money Laundering, as to the December 16, 2011, purchase of Cashier's Check No. 422859519 from the Bank of America Account ending in xx8753, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), as charged in Count Twenty-Three of the Indictment.

1                          COUNT TWENTY-FOUR

2        We, the Jury, find each of the defendants listed below,

3                                    NOT GUILTY        GUILTY

4   VILASINI GANESH              _____     _____

5   GREGORY BELCHER              _____     _____

6   of Money Laundering, as to the November 19, 2013, deposit of Cashier's Check Nos. 432311932,

7   422859367, 433613797, 422859603, and 422859519 into the Bank of the West Account ending in

8   xx7654, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), as charged in Count

9   Twenty-Four of the Indictment.

_____                DATED: _____
PRESIDING JUROR